**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

CHAMBERS OF
**ALEXANDER WILLIAMS, JR.**
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0637
FAX (301) 344-0672

October 23, 2013

MEMO TO COUNSEL RE:         LORETTA BOYD, ET AL.
                            v.
                            COVENTRY HEALTH CARE, INC., ET AL.
                            (AW-09-2661)

Dear Counsel:

     The Court has set in a hearing on Final Approval of Settlement in the above referenced matter.  This will take place on January 30, 2014 at 2:00 p.m. in the United States District Court for the District of Maryland, Southern Division, courtroom 4A.  The Southern Division is located a t 6500 Cherrywood Lane, Greenbelt, Maryland.

     Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely,

_____//s//_____
Alexander Williams, Jr.
United States District Judge