IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: COVENTRY HEALTH CARE, INC. ERISA LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **MASTER FILE: 8:09-CV-02661 (DKC)**<br><br>Judge Deborah K. Chasanow |

**PLAINTIFFS' NOTICE OF MOTION FOR (1) AN AWARD OF ATTORNEYS' FEES; (2) REIMBURSEMENT OF EXPENSES; AND (3) CASE CONTRIBUTION AWARDS**

Pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, Plaintiffs Loretta Boyd, Christopher Sawney, Karen A. Milner, Jack J. Nelson and Karen Billig ("Plaintiffs") respectfully move the Court for an award of attorneys' fees in the amount of one-third of the Settlement Fund, for reimbursement of expenses incurred in connection with the prosecution of this class action in the amount of $137,315.65, and for a case contribution award of $5,000.00 to each of Plaintiffs Boyd, Sawney, Milner, Nelson, and Billig.  The grounds for this motion are set forth in the Joint Declaration of Robert I. Harwood and Thomas J. McKenna and in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for (1) an Award of Attorneys' Fees; (2) Reimbursement of Expenses; and (3) Case Contributions Awards, filed herewith.

Defendants do not oppose this motion.

**WHEREFORE**, Plaintiffs respectfully request that this motion be granted.

Dated:  January 9, 2014

**HARWOOD FEFFER LLP**

By:   s/ROBERT I. HARWOOD
Robert I. Harwood
Tanya Korkhov
488 Madison Avenue
New York, NY 10022
Telephone:  (212) 935-7400
Facsimile:  (212) 753-3630
Email:  rharwood@hfesq.com
Email:  tkorkhov@hfesq.com

**GAINEY MCKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone:  (212) 983-1300
Facsimile:  (212) 983-0380
Email:  tjmckenna@gme-law.com

          Email:  gegleston@gme-law.com

*Co-Lead Counsel for Class*

**TYDINGS & ROSENBERG LLP**

By:    s/T<small>OYJA</small> E. K<small>ELLEY</small>
       Toyja E. Kelley, Fed. Bar No. 26949
       John B. Isbister, Fed. Bar No. 00639
       100 East Pratt Street
       Baltimore, MD 21202
       Telephone:  (410) 752-9700
       Facsimile:  (410) 727-5460
       Email:  tkelley@tydingslaw.com
       Email:  jisbister@tydingslaw.com

*Liaison Counsel for Class*